IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY V. CAIBY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:22-cv-1403-JDW |
| | : | |
| **C/O CYNTHIA LINK,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of March, 2023, upon consideration of Anthony V. Caiby's *pro se* Amended Complaint (ECF No. 24), it is **ORDERED** that Mr. Caiby's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum. The Clerk of Court shall mark this case this closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**